

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/05/2017

| | | |
|---|---|---|
| IN RE: | § | |
| ROGER CHARLES WILLETTE, *et al* | § | CASE NO: 13-32377 |
| Debtor(s) | § | |
| | § | CHAPTER 11 |

## ORDER SETTING HEARING

A hearing will be held on **February 06, 2017, at 11:30 a.m**. at 515 Rusk Street, Courtroom 403, Fourth Floor, Houston, Texas 77002, to consider the following: **#146 *Motion to Enforce the Terms of The Second Amended Plan of Reorganization*** filed by Randy W. Williams, Chapter 7 Trustee for the estate of Quality Infusion Care, Inc.

Movant to give notice of hearing and file a certificate of service with the court.

SIGNED 01/05/2017.

_____
Karen K. Brown
United States Bankruptcy Judge